UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,                    )      Case No. CR   3  12  70325  LC
                                             )
            *Plaintiff,*                      )      STIPULATED ORDER EXCLUDING TIME
       v.                                    )      UNDER THE SPEEDY TRIAL **FILED**
                                             )
Rodney Lewis Smith Jr                        )                    APR 27 2012
                                             )
            *Defendant.*                      )      RICHARD W. WIEKING
                                             )      CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on _April 27_____, 2012, the Court excludes time under the
Speedy Trial Act from _April 27____, 2012 to _May 25_____, 2012 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____✓ Failure to grant a continuance would be likely to result in a miscarriage of justice.
       *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
       defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
       or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
       itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
       taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
       counsel's other scheduled case commitments, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

___✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
       necessary for effective preparation, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 4/27/12

                                             _____
                                             LAUREL BEELER
                                             United States Magistrate Judge

STIPULATED: _____          _____
            Attorney for Defendant            Assistant United States Attorney